The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GEORGE SCHMIDT, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS; SAMSUNG ELECTRONICS AMERICA; AND SAMSUNG SDI,<br><br>　　　　　　　　　　Defendants. | No. 2:16-cv-01725-JCC<br><br>NOTICE OF APPEARANCE |

NOTICE OF APPEARANCE
2:16-cv-01725-JCC - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Pursuant to this Court's November 7, 2016 Notice to Filer, Lisa Nowlin hereby enters her appearance on behalf of Plaintiff George Schmidt, individually and on behalf of all others similarly situated, in the above-referenced action and certifies that she was admitted to practice before the United States District Court, Western District of Washington, on November 9, 2016.

All further pleadings and papers shall be served upon said attorney, along with all others below named.

DATED this 30th day of November, 2016.

KELLER ROHRBACK L.L.P.

By s/ Lisa Nowlin

Gretchen Freeman Cappio, WSBA #29576
Cari Campen Laufenberg, WSBA #34354
Lisa Nowlin, WSBA # 51512
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
Email:  gcappio@kellerrohrback.com
　　　　claufenberg@kellerrohrback.com
　　　　lnowlin@kellerrohrback.com

*Attorneys for Plaintiffs*

NOTICE OF APPEARANCE
2:16-cv-01725-JCC - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384