THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE SCHMIDT, *et al.*, | CASE NO. C16-1725-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SAMSUNG ELECTRONICS AMERICA, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to revise the briefing schedule (Dkt. No. 54). In light of the stipulation, this motion is GRANTED and the Court ORDERS the following briefing schedule for Defendants' motions to dismiss and motions to compel arbitration, dismiss class claims, and stay all proceedings (Dkt. Nos. 40, 43, 46, and 47):

Plaintiffs' opposition:    April 17, 2017

Defendants' replies:       April 28, 2017

Noting Dates:              April 28, 2017

For purposes of efficiency and judicial economy, Plaintiffs will file an omnibus opposition to Defendants' motions to compel arbitration that shall not exceed twenty-nine (29) pages. Each

1  Defendant may file a separate reply.

        DATED this 27th day of March 2017.

                                    William M. McCool
                                    Clerk of Court

                                    /s/Paula McNabb
                                    Deputy Clerk