THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE SCHMIDT, *et al.*, | CASE NO. C16-1725-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SAMSUNG ELECTRONICS AMERICA, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the appeal deadline pursuant to Federal Rule of Appellate Procedure 4(a)(5). (Dkt. No. 74.) The Court finds good cause to extend the deadline and GRANTS the parties' motion. The deadline for Plaintiffs to file a notice of appeal is extended from June 26, 2017 to July 26, 2017.

DATED this 23rd day of June 2017.

    William M. McCool
    Clerk of Court

    /s/Paula McNabb
    Deputy Clerk